*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nello Jennings

    Debtor(s)

Case No: 17–17854–mdc

Chapter: 13

---

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay First & Second
Installment in the total amount of
$150.00

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 2/6/18

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 23, 2018

15
Form 175