# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 17-17854-MDC

NELLO  JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    NELLO  JENNINGS

    3226 NORTH BAILEY

    PHILADELPHIA, PA 19129

**Counsel for debtor(s), by electronic notice only.**
    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                   /s/ William C. Miller

Date: 2/16/2018

                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee