**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 17-17854-mdc** |
| | **CHAPTER 13** |
| **Nello Jennings,** | |
|    **Debtor.** | |
| _____/ | |

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DITECH FINANCIAL LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

    RAS Crane, LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        Email: kbuttery@rascrane.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:


NELLO JENNINGS
3226 NORTH BAILEY
PHILADELPHIA,, PA 19129

AND VIA ELECTRONIC MAIL TO:

BRANDON J PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET SUITE 701
PHILADELPHIA,, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEEP.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE200 CHESTNUT STREET SUITE 502
PHILADELPHIA, , PA 19106

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170,
        Duluth, GA 30097
        Telephone: 470-321-7112

        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        Email: kbuttery@rascrane.com