# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-17854-MDC

NELLO  JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NELLO  JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF
415 S. BROAD ST., UNIT 2R

PHILADELPHIA, PA 19147-

Date: 5/19/2021

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee