# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-17854-MDC

NELLO JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NELLO JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF, ESQ.
    315 NORTH 12TH STREET
    STE #204
    PHILADELPHIA, PA 19107-

Date: 9/26/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee