UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                          CASE NO.: 17-17854-mdc
                                                             CHAPTER 13

**Nello Jennings,**
   **Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                     Authorized Agent for Secured Creditor
                                                     130 Clinton Rd #202
                                                     Fairfield, NJ 07004
                                                     Telephone: 470-321-7112

                                                     By: /s/Charles Wohlrab
                                                           Charles Wohlrab, Esq.
                                                           Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NELLO JENNINGS
3226 NORTH BAILEY
PHILADELPHIA, PA 19129

And via electronic mail to:

BRANDON PERLOFF PC
315 NORTH 12TH STREET, STE 204
PHILADELPHIA, PA 19107

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING SUITE 300
PHILADELPHIA, PA 19107

By: /s/ Brianna Carr