United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-17854-mdc
Nello Jennings     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 16, 2022     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Nello Jennings, 3226 North Bailey, Philadelphia, PA 19129-1811 |
| 14016696 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14016701 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 14030641 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14016706 | + | Green Trust Cash, LLC, P.O. Box 340, Hays, MT 59527-0340 |
| 14016707 | + | Intrst Ctc, 21 West Fornance St, Norristown, PA 19401-3300 |
| 14016708 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14016710 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadlephia, PA 19107-3619 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2022 00:11:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14080016 | | Email/Text: bnc@atlasacq.com | Dec 17 2022 00:11:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552774 | | Email/Text: bnc@atlasacq.com | Dec 17 2022 00:11:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14097516 | | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14016699 | | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14016709 | | Email/Text: cfcbackoffice@contfinco.com | Dec 17 2022 00:11:00 | Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14016697 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2022 00:11:05 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14016698 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2022 00:11:05 | Cardworks/CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14016700 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 17 2022 00:12:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14079396 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2022 00:11:24 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14429766 | + | Email/Text: RASEBN@raslg.com | Dec 17 2022 00:11:00 | Ditech Financial LLC, c/o RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 14429160 | + | Email/Text: RASEBN@raslg.com | Dec 17 2022 00:11:00 | Ditech Financial LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14016702 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 17 2022 00:11:00 | Emblem/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 14016703 | | Email/Text: BNSFN@capitalsvcs.com | Dec 17 2022 00:11:00 | First National Credit Card/Legacy, First National Credit Card, PO Box 5097, Sioux Falls, SD 51117 |
| 14016704 | | Email/Text: BNSFS@capitalsvcs.com | Dec 17 2022 00:11:00 | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117 |
| 14016705 | | Email/Text: BNBLAZE@capitalsvcs.com | Dec 17 2022 00:11:00 | First Svgs Bk-blaze, PO Box 5096, Sioux Falls, SD 57117 |
| 14080734 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2022 00:11:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14063339 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2022 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14450529 | | Email/Text: mtgbk@shellpointmtg.com | Dec 17 2022 00:11:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14738982 | + | Email/Text: RASEBN@raslg.com | Dec 17 2022 00:11:00 | NewRez LLC dba Shellpoint Mortgage Servicing, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14016774 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 17 2022 00:11:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14738463 | + | Email/Text: RASEBN@raslg.com | Dec 17 2022 00:11:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14016712 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2022 00:11:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 14027518 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2022 00:11:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14016713 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2022 00:11:00 | U.S. Department of the Treasury, Bureau of the Fiscal Service, P.o. BOx 1686, Birmingham, Al 35201-1686 |
| 14050379 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2022 00:11:24 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas |

Case 17-17854-mdc   Doc 75   Filed 12/18/22   Entered 12/19/22 00:30:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 36 |

|  |  | Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
|---|---|---|
| 14473118 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14016711 | ##+ | Premium Auto, Pob 59, Prospect Park, PA 19076-0059 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Nello Jennings bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Chapter 13
NELLO  JENNINGS

           Debtor     Bankruptcy No. 17-17854-MDC

# ORDER

**AND NOW**, this ____15th____ day of ____December____ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRANDON J. PERLOFF, ESQ.
315 NORTH 12TH STREET
STE #204
PHILADELPHIA, PA 19107-

Debtor:
NELLO  JENNINGS

3226 NORTH BAILEY

PHILADELPHIA, PA 19129